**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 07-7741**

---

ENGRAM M. BELLAMY,

       Plaintiff - Appellant,

    v.

ALYSSA CAMPBELL WELLS; BRENT UZDANOVICS; DOUG DAVIS, Waynesboro Police Department,

       Defendants – Appellees,

    and

WAYNESBORO POLICE DEPARTMENT,

       Defendant.

---

Appeal from the United States District Court for the Western District of Virginia, at Harrisonburg. Samuel G. Wilson, District Judge. (5:07-cv-00035-sgw)

---

Submitted: December 16, 2008    Decided: December 17, 2008

---

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Engram M. Bellamy, Appellant Pro Se. Richard Hustis Milnor, ZUNKA, MILNOR, CARTER & INIGO, LTD., Charlottesville, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Engram M. Bellamy seeks to appeal the district court's order dismissing his claims as to one of the four defendants in his 42 U.S.C. § 1983 (2000) complaint; the action is proceeding as to the remaining defendants. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Bellamy seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED